IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | Jose Guadalupe Resendiz<br>1008 Grove Drive<br>Angleton, TX 77515 | CHAPTER 13<br><br>CASE NO. 18-31467-H4 |
| | DEBTOR | |

## MOTION TO DISMISS OR CONVERT

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee moves the court to Dismiss or Convert the above-referenced case for the following reasons:

__X__   The Chapter 13 Plan must be amended to provide for the claims of the secured and priority Creditors in full within the terms of the Plan.

__X__   Payments due pursuant to U.S.C. § 1326(a)(1) have not been made.

_____   Debtors failed to appear for the Meeting of Creditors and this constitutes a failure to appear in proper prosecution of the case for purposes of subsequent eligibility under 11 U.S.C. § 109.

_____   The Debtors have not filed their Federal Income Tax return for the following years: . Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a) (2).

__X__   The Debtors have caused unreasonable delay that is prejudicial to the Creditors.

_____   Other:

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON JUNE 18, 2018 AT 9:00 AM IN U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 600, 6TH FLOOR, HOUSTON, TX 77002-0000. IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS AS FOLLOWS: 1. FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2. FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE. IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.**

Wherefore, the Trustee requests that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated: May 25, 2018

/s/ David G. Peake
David G. Peake
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Trustee's Motion to Dismiss Case has been served electronically on all parties requesting electronic notice and has been served on the listed parties (if listed) by mailing a copy of same to the address listed below via first class mail May 25, 2018.

Electronically signed by
David G. Peake, Chapter 13 Trustee

Debtor's Attorney of Record:
PAYNE & ASSOCIATES PLLC
KYLE KENNETH PAYNE
5225 KATY FREEWAY  SUITE 505
HOUSTON, TX  77007

Debtor:
Jose Guadalupe Resendiz
1008 Grove Drive
Angleton, TX  77515

BARRETT DAFFIN FRAPPIER TURNER AND
ENGEL, LLP
4004 BELT LINE RD STE 100
ADDISON, TX  75001-4320

CONN APPLIANCES CORP DBA CONN'S
C/O BECKET & LEE LLP
PO BOX 3002
DEPT CONNS
MALVERN, PA  19355-1245

CONN APPLIANCES INC DBA CONNS
HOMEPLUS
CONN CREDIT I LP
BECKET AND LEE
PO BOX 3002 DEPT CONNS
MALVERN, PA  19355-1245

GARZA AUTO SALES
9711 VETERANS MEMORIAL DR
HOUSTON, TX  77038

NATIONSTAR MORTGAGE / MR COOPER
PO BOX 619096
DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC
DBA MR COOPER
ATTN BANKRUPTCY DEPT
PO BOX 619094
DALLAS, TX  75261-9741

PAYNE & ASSOCIATES PLLC
KYLE KENNETH PAYNE
5225 KATY FREEWAY  SUITE 505
HOUSTON, TX  77007

STAR LOANS
403 N AVENUE E
HUMBLE, TX  77338

SYNCB/JC PENNEY
PO BOX 965007
ORLANDO, FL  32896

SYNCHRONY BANK
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA  23541

THD/CBNA
PO BOX 6497
SIOUX FALLS, SD  57117

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jose Guadalupe Resendiz<br>1008 Grove Drive<br>Angleton, TX 77515 | CASE NO. 18-31467-H4 |
| DEBTOR | |

## ORDER OF DISMISSAL

The Court has considered the Trustee's Motion to Dismiss and any response or opposition thereto. The court is of the opinion that proper notice to all parties in interest has been given and that the Motion should be granted. It is therefore

ORDERED that this case is dismissed.

Dated: _____

_____
United States Bankruptcy Judge